IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Thompson Development, LLP, a North Dakota Limited Liability Partnership, Richard L Thompson and Donna M. Thompson, ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) Secura Insurance, a Wisconsin domiciled mutual insurance company, ) ) ) Defendant. ) | **ORDER** Case No. 1:21-cv-189 |

The court has scheduled a settlement conference with parties on September 26, 2022, at 9:00 AM CDT in Bismarck, North Dakota (courtroom #2). (Doc. Nos. 37, 40). Plaintiffs, defendant's representative with the necessary settlement authority, and the parties' respective counsel are presently required to appear in person. (Id.).

On September 16, 2022, defendant wrote to the court to: (1) advise that a recent diagnosis of COVID-19 will preclude its representative with settlement authority from traveling to North Dakota and appearing in person at the settlement conference as presently scheduled; and (2) request that its representative be allowed to appear remotely. (Doc. No. 41).

There being no apparent objection from plaintiffs and to ensure that the settlement conference can proceed as scheduled, the court shall authorize defendant's representative to appear remotely, with the understanding that the representative will actively participate in all group and individual settlement discussions and will otherwise be available/accessible at any and all times on September 26, 2022. Instructions on how to facilitate the representative's remote appearance shall

be provided to defendant by separate email.

Although defendant's representative may appear and participate remotely, the court shall continue to require that defense counsel appear in person for the settlement conference.

**IT IS SO ORDERED.**

Dated this 16th day of September, 2022.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr. Magistrate Judge
United States District Court
