# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Thompson Development, LLP, a North Dakota limited liability partnership, Richard L. Thompson and Donna M. Thompson, | ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Secura Insurance, a Wisconsin domiciled mutual insurance company, | ) ) ) | Case No.1:21-cv-189 |
| Defendant. | ) | |

On January 6, 2023, the parties filed a stipulation of dismissal with prejudice. (Doc. No. 46). The court **ADOPTS** the parties' stipulation (Doc. No. 46) and **DISMISSES** the above-captioned action with prejudice and without costs and disbursements to any party.

**IT IS SO ORDERED.**

Dated this 9th day of January, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court